UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **MOUNTAIN VALLEY PROPERTY, INC.,** | ) <br> ) <br> ) |
| **PLAINTIFF** | ) <br> ) |
| v. | )     **CIVIL NO. 1:15-CV-187-DBH** <br> ) |
| **APPLIED RISK SERVICES, INC., ET AL.,** | ) <br> ) <br> ) |
| **DEFENDANTS** | ) |

## PROCEDURAL ORDER

I have denied the motion to vacate the Arbitrator's decision that the dispute between Mountain Valley Property, Inc. and the defendant Applied Underwriters Captive Risk Assurance Company, Inc. ("AUCRA") is not arbitrable, and that dispute is now proceeding in this court. Therefore, I now **LIFT** the stay of the lawsuit against the other defendants, a stay that I entered on February 25, 2016, when I referred the Mountain Valley/AUCRA dispute to arbitration.

**SO ORDERED.**

**DATED THIS 22ND DAY OF AUGUST, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**